United States District Court
Southern District of Texas
**ENTERED**
September 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Stress Engineering Services, Inc., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Brian Olson and Becht Engineering § <br> Co., Inc., § <br> Defendants. § | Civil Action H-21-3210 |

# Order of Adoption

On August 04, 2022, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Defendants' Brian Olson and Becht Engineering Co., Inc.'s motion for partial dismissal. (55) Plaintiff and Defendants filed objections to the report and recommendation. (57, 58) The court denies the parties' objections and adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on September __6__, 2022.

_____
Lynn N. Hughes
United States District Judge